# EXHIBIT A

| | |
|---|---|
| **From:** | Kakar, Shveta |
| **Sent:** | Wednesday, February 15, 2023 4:01 PM |
| **To:** | lallen@bmamanagement.com |
| **Cc:** | Kurtz, Daniel L.; Chery, Stephanie; Barkan, Matthew |
| **Subject:** | Notice |

We represent Building Management Associates, Inc. and we are notifying you that at approximately noon tomorrow (February 16, 2023), we will be commencing litigation against you in the United States District Court for the Southern District of New York. Simultaneously with the commencement of this litigation, we intend to seek emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure in the form of an order to show cause for a temporary restraining order and preliminary injunction, preventing you from interfering with BMA's business.

Please be guided accordingly.

_____

**SHVETA KAKAR**
**PARTNER**
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
skakar@pryorcashman.com

Cell:  646 419 0177
Direct Tel: 212-326-0165
Direct Fax: 212-798-6354

1

| | |
|---|---|
| **From:** | Kakar, Shveta |
| **Sent:** | Wednesday, February 15, 2023 4:03 PM |
| **To:** | sgigante@sebcodevelopment.org; salvatoregigante@bmamanagement.com |
| **Cc:** | Kurtz, Daniel L.; Chery, Stephanie; Barkan, Matthew |
| **Subject:** | Notice |

We represent Building Management Associates, Inc. and we are notifying you that at approximately noon tomorrow (February 16, 2023), we will be commencing litigation against you in the United States District Court for the Southern District of New York. Simultaneously with the commencement of this litigation, we intend to seek emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure in the form of an order to show cause for a temporary restraining order and preliminary injunction, preventing you from interfering with BMA's business.

Please be guided accordingly.

_____

**SHVETA KAKAR**
**PARTNER**
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
skakar@pryorcashman.com

Cell:  646 419 0177
Direct Tel: 212-326-0165
Direct Fax: 212-798-6354