UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUILDING MANAGEMENT ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>SALVATORE GIGANTE and LATOYA ALLEN,<br><br>Defendant. | 23-cv-01340 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff shall ensure that Defendants have notice of and have been served with the complaint and motion in the present action immediately.  Defendants shall file any response to Plaintiff's request for a Temporary Restraining Order by **February 20, 2023**.  The parties shall appear for a Microsoft Teams video conference on **February 21, 2023** at **3:00PM** to discuss the request for injunctive relief.  The parties shall file a joint letter to the Court on ECF containing a list of the names, telephone numbers, and email addresses of counsel who may speak during the conference.  *See* Rochon Individual Rules of Practice in Civil Cases 2B.  The public listen-only line by dialing 877-336-1831 and using the Access Code: 5583342.

New York, New York
Dated: February 17, 2023

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge