# EXHIBIT 3

January 19, 2023

DEAR Latoya Allen / Salvatore Gigante,

Please accept this letter as a formal resignation from Bookkeeper at Bruckner Property Management, effective January 20th, 2023.

I have been fortunate during my time at the company for the opportunity to grow and learn more about. Thank you for the guidance and support received.

I hope that we will have the opportunity to collaborate in the future.

I wish you both the very best with all these processes that you are going through with the company at this moment, and I wish the company great success going forward.


Best regard,

Estela Medina.

February 2, 2023

To Luigino Gigante,

After much consideration I have decided to resign from my position as the Vice President of Building Management Associates. I have enjoy working here the past 14 years and excelling at the multiply positions I have held, helping the company grow. Unfortunately, the past month has been very unsettling. As I have expressed to you after the incident which occurred on 1/9/2023, the staff has been uneasy, coming to me almost every day expressing their concerns of job security. After explaining what you started " that no one would be losing their job" and me listening and attempting to reassure staff repeatedly, things calmed down for a few days.

About three weeks ago staff came to me again stating they were unable to see bank information and if this meant anything concerning their employment. As per our additional conversation, you advised me that the staff's bank visibility issue would be corrected the following day , I reassured staff of this letting them know that it was a bank issue and that it would be corrected the next day; however, this situation was not rectified after now three weeks. Two staff members have resigned.

It is becoming harder to reassure staff. As there are additional things happening that I am not made aware of and according to the staff I am the only person attempting to reassure them. It is also becoming harder for me to feel secure about my position as well.

Sadly, my last day at Building Management Associates will be February 17, 2023. There are ongoing projects that are in dire need of completion : HUD vouchers due this month, agency year end reports, 202 data completion, hiring for open positions and Enterprise tax credit completion. All may not be completed by my departure date; however, if you would like we can discuss a way for me to complete them as they are detrimental to properties.

*LaToya Allen*
LaToya Allen

February 3, 2023

Building Management Associates Inc.

Please accept this letter as a formal resignation from my position as the Accounts Payable Manager with Building Management Associates. I am resigning from my position as of February 10, 2023.

I feel that my position and duties are insecure, not having access to all the necessary information to complete my work in a timely manner.

I would like to thank you for the opportunity to have worked for Building Management Associates for the past 34 years.

During the next week I will continue to work on my duties as the Accounts Payable Manager and if there is anything I can assist you with, please don't hesitate to ask.

Sincerely,

*Celina Santana*

Celina Santana

2/3/2023

Dear Building Management Associates:

Re: Letter of Resignation

Please accept this letter as a formal notification of my intention to resign from my position as Accounts Payable Clerk. In accordance with my notice period, my final day will be February 10, 2023.

I would like to thank you for the opportunity to have worked in my position for the past two years. However leading up to my decision of resignation, within the past couple of weeks due to new structure within the company of not having access to bank information as I had before, allow me to not work as efficient within the company and feeling as my job is not secure.

During the next week I will continue with my duties and please let me know if there is anything further I can do to assist.

Sincerely,

Jolanda Kendricks

*[signature: Jolanda Kendricks]*

2/6/2023

To whom it may concern

Please take this as my formal resignation letter

My last day at work will be 2/10/2023.

Since the hostile takeover of the BMA office Monday January 9th 2023 working here has been stressful and I feel completely unsafe and uncomfortable. The way this was handled was tasteless and disrespectful. To have armed gunman in the office, one being a convicted felon is crazy. Anything could have happened to us.

The way this situation was handled shows that they don't care about the company the employees or the legacy in which this company was built on.

The lack of communication makes me unsure where I stand with this company. The employees as a whole all feel unsafe, and have no job security.

I will continue to finish up any projects I have if needed

*Gloria Allen*
HUD Property Manager

February 6th, 2023

Brian Velez – Property Manager
Building Management Associates
885 Bruckner Blvd
Bronx, New York 10459

Dear Ms. Allen,

It is with great sadness in my heart that I ask that you accept this letter as my formal resignation as Property Manager of Building Management Associates, effective Tuesday, February 14, 2023.

It has been a great experience working with you and the entire staff for the last 5 years at Building Management Associates. Thank You for always being supportive and encouraging. I have always enjoyed my experience working here, and I'm grateful for the opportunities you have given me in pursuing my professional growth objectives.

However, with Mr. Geno Gigante taking over as president of Building Management Associates I don't feel safe anymore. Mr. Geno Gigante came into the office with armed guards and ransacked Mr. Sal Gigante's office, which was totally unprofessional. I used to love coming to work at BMA, and I believed in the vision that Father Gigante had for our community, but I see that his vision is no longer alive.

I am ready to make this transition as smooth as possible. Please let me know how can I be helpful throughout the process. I would be glad to help however I can.

Sincerely,

Brian Velez

# Jaime Diaz

LaToya Allen
Vice President, Building Management Associates, Inc
Bronx, NY 10459

February 6, 2023

Dear Ms. Allen,

I am writing to inform you that I am resigning from my position at Building Management Associates, Inc., effective February 17, 2023.

It has been a pleasure to work here and I am grateful for the opportunity to contribute to the company's success. I am proud of the work I have accomplished during my time here and I am confident that my efforts have helped to move the company forward.

However, over the past month, the recent change in management has made it difficult for me to continue working here. During my 25 years employed with BMA, Inc., I have seen many changes in management, but never have I experienced such a hostile takeover like the one we recently witness. It is clear that the new management is insensitive to the staff's emotions and lacks an understanding of the impact of their decisions on their employees. This change has led to a decrease in morale, motivation, and productivity, as well as an increase in conflict, tension, and stress levels.

I understand that this resignation is sudden, and I apologize for any inconvenience it may cause. I am willing to help with the transition in any way I can.

I wish you and the company the best of luck.

Sincerely,

Jaime Diaz

2/6/2023

*Building Management Associates Inc.*

*Dear Luigino, Gigante*

*Please accept this letter as my formal resignation from my role as Bookkeeper My last day with Building Management Associates will be February 17, 2023.*

*I intend to continue working at the highest quality level until my final day of employment. To ease the transition after my departure, I am happy to leave all my responsibilities up to date as possible for my replacement.*

*I would like to take this opportunity to thank BMA for the knowledge and experience I have gained by working here.*

Sincerely,

Agueda Olivo

February 8, 2023

Good morning,

Please accept this letter as formal notification that I'm resigning from my position as Payroll Manager. My last day will be Friday, February 24. However, I will continue doing BMA's payroll duties as needed/ until the position is filled.

I'm incredibly grateful for the opportunities I've been provided working with BMA for the past 16 years.

Please let me know if there's anything else I can do during this transition.

Sincerely,

Laura Hilton